**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____  Chapter  **7**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Southcreek Petroleum Co, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

**4  7 – 1  6  0  0  9  7  4**

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **22419 Macauthur Avenue** | **PO Box 203** |
| Number     Street | Number     Street |
| | |
| | P.O. Box |
| **Blanchard**          **OK**     **73010** | **Dibble**          **OK**     **73031** |
| City               State     ZIP Code | City               State     ZIP Code |
| **McClain** | Location of principal assets, if different from principal place of business |
| County | |
| | |
| | Number     Street |
| | |
| | City               State     ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor __Southcreek Petroleum Co, LLC_____    Case number (if known) _____

| 7. | Describe debtor's business | *A. Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __**Southcreek Petroleum Co, LLC**_____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No | |

☐ Yes. District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Southcreek Petroleum Co, LLC** _____    Case number (if known) _____

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number        Street

_____

_____        _____    _____
City                                  State           ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____

Contact name    _____

Phone    _____

---

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Southcreek Petroleum Co, LLC**                                    Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/30/2021**
MM / DD / YYYY

X **/s/ Gus Allen Lovelace**
Signature of authorized representative of debtor

**Gus Allen Lovelace**
Printed name

**Vice President**
Title

**18.  Signature of attorney**

X **/s/ O. Clifton Gooding**                              Date **11/30/2021**
Signature of attorney for debtor                                   MM / DD / YYYY

**O. Clifton Gooding**
Printed name

**The Gooding Law Firm, P.C.**
Firm name

**204 N. Robinson Avenue, Suite 1235**
Number        Street

_____

**Oklahoma City**                              **OK**        **73102**
City                                                    State        ZIP Code

**(405) 948-1978**                              **cgooding@goodingfirm.com**
Contact phone                                      Email address

**10315**                                          **OK**
Bar number                                          State

**Fill in this information to identify the case**

Debtor name  **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of debtor's interest**

2.  **Cash on hand**
    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Commercial Checking account with McClain Bank** **Account number ending in 5775** | Checking account | 5 7 7 5 | $13,472.03 |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $13,472.03 |

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor   **Southcreek Petroleum Co, LLC**                    Case number (if known) _____
     Name

**Current value of
debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.   Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

| | |
|---|---|
| | $0.00 |

## Part 3:  Accounts receivable

**10.   Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.   Accounts receivable**

11a.  90 days old or less:  _____  –  _____  =  ............. →  _____
                    face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  –  _____  =  ............. →  _____
                    face amount          doubtful or uncollectible accounts

**12.   Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | $0.00 |

## Part 4:  Investments

**13.   Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

**Valuation method
used for current value**      **Current value of
debtor's interest**

**14.   Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:          % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

    Describe:

**17.   Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

Debtor    **Southcreek Petroleum Co, LLC**    Case number (if known) _____
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                        | $0.00 |

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                        | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor __**Southcreek Petroleum Co, LLC**_____ Case number (if known) _____
Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2007 Ford F-150 Pickup** 23518 County Line Ave Blanchard, OK 73010 | | NADA | $11,725.00 |
|---|---|---|---|---|
| 47.2. | **2005 Ford F-150 Pickup** 23518 County Line Ave Blanchard, OK 73010 | | NADA | $9,325.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1. | **16 Foot Trailer** 23518 County Line Ave Blanchard, OK 73010 | | | $1,500.00 |
|---|---|---|---|---|

49. **Aircraft and accessories**

Debtor    **Southcreek Petroleum Co, LLC**                                          Case number (if known) _____
          Name

**50.** **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**

      **Vermeer Tractor Model #V3550A**
      **Serial Number 1VRS072P4Y1001346**
      **24742 MacArthur Ave**
      **Blanchard, OK 73010**                                                                                    **Unknown**

**51.** **Total of Part 8.**                                                                                    $22,550.00
      Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

---

**Part 9:    Real property**

---

**54.** **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ☑ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Southcreek Petroleum Co, LLC**                    Case number (if known) _____
                Name

| | | | |
|---|---|---|---|
| 55.1. | **22419 Macauthur Avenue,**<br>**Blanchard, OK 73010**<br>**Parcel: 00003307N04W001800**<br>**22419 Macauthur Avenue,**<br>**Blanchard, OK 73010**<br>**Portable Office Building and Land:**<br>**Legal Description:**<br>**A TRACT OF LAND OUT OF THE**<br>**SOUTHEAST QUARTER (SE/4) OF**<br>**SECTION 33-TOWNSHIP 7 NORTH,**<br>**RANGE 4 WEST, MCCLAIN COUNTY,**<br>**OKLAHOMA.**<br>**DESCRIBED BY METES AND BOUNDS**<br>**AS FOLLOWS:**<br>**COMMENCING AT THE NE CORNER OF**<br>**THE SE/4 THENCE S 00°03'25" E**<br>**ALONG THE EAST LINE OF THE SE/4**<br>**FOR A DISTANCE OF 422.83 FEET TO**<br>**THE POINT OF BEGINNING.  THENCE**<br>**ALONG SAID EAST LINE S 00°03'25"**<br>**E FOR A DISTANCE OF 255.79 FEET,**<br>**THENCE N 78°59'53" W FOR A**<br>**DISTANCE OF 263.46 FEET, THENCE N**<br>**18°52'25" W FOR A DISTANCE OF**<br>**175.93 FEET, THEN N 82°56'28" E FOR**<br>**A DISTANCE OF 317.68 FEET TO THE**<br>**POINT OF BEGINNING, CONTAINING**<br>**1.39 ACRES MORE OF LESS.** | Fee Simple | Unknown | Unknown |
| 55.2. | **Various Wells in Muliple Counties**<br>**Various Wells in Muliple Counties**<br>**See attached "Exhibit A" of a certain**<br>**Assignment and Bill of Sale, which**<br>**was effective July 9, 2015 and**<br>**recorded in Cleveland County, Garvin**<br>**County, McClain County and Washita**<br>**County.** | Fee Simple | Unknown | Unknown |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 10:  Intangibles and Intellectual Property**

---

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

Debtor    **Southcreek Petroleum Co, LLC**                                    Case number (if known) _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                                    $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76. Trusts, equitable or future interests in property** | |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Miscellaneous Tools** | $2,000.00 |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                                    $2,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   **Southcreek Petroleum Co, LLC**                    Case number (if known) _____
_____
Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $13,472.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,550.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $38,022.03 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92...................................................................   $38,022.03

Book: RB 5499 Page: 1379

## EXHIBIT "A"

Attached to and made a part of that certain Assignment and Bill of Sale, dated the 21 day of December 20 15, but effective the 9t day of July 20 15, by and between **Loretta Mullins** as Individual **and** as President **and dba Southcreek Petroleum Company**, Assignor, and **Southcreek Petroleum Co., LLC,** an Oklahoma Limited Liability Company, Assignee.

### SOUTHCREEK PETROLEUM CO, LLC

### CLEVELAND COUNTY

Kennedy No 1 – SE Section 4-8N-1W
   Toklan Oil & Gas to Southcreek – Bk 2735 Pg 697
   Toklan Oil & Gas to Southcreek (Amended) – Bk 2741 Pg1031

Niles No 3-5 – NW Section 5-9N-3W
   Frontier Acquisition Corp to Southcreek – Bk 2735 Pg 693
   STEC Resources Corp to Southcreek – Bk 2776 Pg 612
   Patrick M Goy to Southcreek – Bk 2776 Pg 614
   Jay Harris to Southcreek – Bk 2776 Pg 616
   Harris Family Trust to Southcreek – Bk 2776 Pg 618
   Kelly Petroleum to Southcreek – Bk 2776 Pg 620
   Dorothy B Jones Trust to Southcreek – Bk 2776 Pg 622
   Ralph C. White to Southcreek – Bk 2776 Pg 624
   Kurt M Wegleitner to Southcreek – Bk 2776 Pg 626
   Romoco Family Trust to Southcreek – Bk 2777 Pg 20
   Robyn R Sparks to Southcreek – Bk 3127 Pg 818
   R R Robinson Trust to Southcreek – Bk 3136 Pg 657
   Carl E Gungoll Exploration LLC to Jimmy R Mullins d/b/a Southcreek – Bk 4068 Pg 1208
   M E Klein and Assoc Inc to Southcreek – Bk 4625 Pg 907
   Wayne Speegle to Southcreek

Walton 7-1 – NW Section 7-8N-1W
   Toklan Oil & Gas to Southcreek – Bk 3049 Pg 648
   Robert L Parker Trust to Southcreek – Bk 3063 Pg 353

**Book: RB 5499 Page: 1380**

GARVIN COUNTY

Blevins 1-32 – NE Section 32-2N-1W
    EEC, Inc to Southcreek – Bk 1371 Pg 739
    John Beyers to Southcreek – Bk 1377 Pg 663
    Douglas 1975-2 DRLG Program, Ltd to Southcreek – Bk 1378 Pg 673
    Janine Masterson to Southcreek – Bk 1626 Pg 286
    Jabara Oil Company, Inc to Southcreek – Bk 1675 Pg 739
    Bill H  Collins to Southcreek – Bk 1752 Pg 17

Ivey No  1 – SE Section 12-4N-3W
    Marlin Oil Corporation to Southcreek – Bk 1556 Pg 795
    Charles K  Myers to Southcreek – Bk 1592 Pg 277

Russell 1-1 – Section 1-2N-1W
    Bogo Energy Corp to Southcreek – Bk 1465 Pg 831


Peters 1-28 – SE Section 28-4N-1W
    Carroll L  & Mary M  Brewer Trust to Southcreek – Bk 1846 Pg 285

Temple B-1 – NW Section 7-2N-2W
    H&S Equipment and Jack McBride to Southcreek – Bk 1828 Pg 932

Temple B-2 – NW Section 7-2N-2W
    H&S Equipment and Jack McBride to Southcreek – Bk 1828 Pg 932


MCCLAIN COUNTY

Bell 1-26 – SW Section 26-5N-3W
    Continental Resources, Inc to Southcreek – Bk 1576 Pg 681

Burkhead 1-4 – E2 Section 4-5N-2W
    Westport Oil and Gas Company, LP to Southcreek – Bk 1731 Pg 660

Frank Dennis No  1 – NE Section 13-9N-4W
    Midgard Energy Company to Southcreek Petroleum Co – Bk 1488 Pg 577

Harris #2-25 – NW Section 25-5N-3W
    Louis Dreyfus Natural Gas Corp to Jimmy & Loretta Mullins, JT, dba Southcreek – Bk 1386 Pg 575
    F C D  Oil Corp C-3-82 Offset Program, A Partnership to Southcreek – Bk 1559 Pg 971
    Texas Energy Supply to Southcreek – Bk 1395 Pg 747
    NSG Production Co to Southcreek – Bk 1528 Pg 71
    Northport Production Co to Southcreek – Bk 1528 Pg 73
    Mid-Continent Mud Sales Inc to Southcreek – Bk 1533 Pg 81

**Book: RB 5499 Page: 1381**

Hester No. 1-10 – SE Section 10-6N-4W
    Samson Resources Company to Southcreek – Bk 1551 Pg 627
    The Blank 199 Family Trust to Southcreek – Bk 1587 Pg 255

Hester A-1 – SW Section 10-6N-4W
    WLW Oil & Gas, LLC to Southcreek – Bk 2205 Pg 22

Norvell No  1 – SW Section 3-6N-2W
    SGO Petroleum, Inc. to Southcreek – Bk 1503 Pg 952

Romine No. 1-17 – NE Section 17-7N-3W
    Keener Energy Company to Jimmy & Loretta Mullins dba Southcreek – Bk 1386 Pg 785
    Genevieve T. Harris to Southcreek – Bk 1401 Pg 183
    W  P  Properties Corp to Southcreek – Bk 1401 Pg 185
    Sally D  Kelly to Southcreek – Bk 1401 Pg 188
    William G. Seal to Southcreek – Bk 1401 Pg 190
    Home-Stake Royalty Co & Home-Stake Oil & Gas Corp to Southcreek – Bk 1401 Pg 192
    B  W  Higginbotham to Southcreek – Bk 1405 Pg 562
    Southwest Royalties Inc to Jim Mullins dba Southcreek – Bk 1508 Pg 525

Smith 1-19 – NE Section 19-7N-4W
    Bogo Energy Corp to Southcreek – Bk 1395 Pg 740
    Bogo energy Corp to Southcreek – Bk 1395 Pg 744
    Eunice Draper to Southcreek – Bk 1418 Pg 471
    Duerig Family Trust to Southcreek – Bk 1754 Pg 984

Trout No  1 – SW Section 7-9N-3W
    American Warrior, Inc to Jimmy & Loretta Mullins dba Southcreek – Bk 1391 Pg 772
    D  G  Hansen Trust to Southcreek – Bk 1401 Pg 747
    Lester B  Knight Charitable Trust to Southcreek – Bk 1435 Pg 603
    Gazelle Oil Properties to Southcreek – Bk 1672 Pg 244
    Indian Oil Company to Southcreek – Bk 3026 Pg 1139

Mona Wacker Unit – NE Sec 12-5N-4W
    Marlin Oil Corp to Southcreek – Bk 1562 Pg 593
    Calumet Petroleum Ltd to Southcreek – Bk 1566 Pg 48
    Sonya Moreno to Southcreek – Bk 2110 Pg 486

<u>WASHITA COUNTY</u>

Noble No. 1-1
Cave No  3-1
Payne No  1-1
Kerr-McGee Corporation to Loretta & Jim Mullins dba Southcreek – Bk 803 Pg 262

**Book: RB 5499 Page: 1382**

EAST STORY GIBSON SAND UNIT
Sec 31-5N-2W McClain County
Sec 6-4N-2W Garvin County

Carson 1-A
Charles E Garner No 1
Cindy No. 1
Garner-Lillard No 1
Lane No. 1
Lane No. 2
Ledgerwood No 1
Pumphrey No. 1
Robertson No 1
Willard No 1

ESGSU Leases Owned
 Lavetta Hill to Southcreek – Bk 1960 Pg 822
 Robert W Caler to Southcreek – Bk 1962 Pg 606
 Helen & Ray Smith to Southcreek – Bk 1962 Pg 612
 Maxine Solly to Southcreek – Bk 1962 Pg 614
 Don & Shirley Ledgerwood to Sodak Properties (agent for Southcreek) – Bk 1998 Pg 445
 Joleta & Alan Blackwell to Sodak Properties (agent for Southcreek) – Bk 1998 Pg 447
 Cheryl L Surbey to Southcreek – Bk 2045 Pg 205
 Cheryl Lynn Surbey Trust to Southcreek– Bk 2045 Pg 207
 Raymond Carlile Roberts Trust to Southcreek – Bk 2056 Pg 21
 Joyce & George Simms to Sodak Properties (agent for Southcreek) – Bk 2069 Pg 663
 Ann & Thomas Shaw to Sodak Properties (agent for Southcreek) – Bk 2064 Pg 673 & 675

Prepared by:
Dan Barney, OBA# 19043
Attorney at Law
100 E. Paul Street
P.O. Box 1014
Pauls Valley, OK 73075
405.238.5564

*SASE

**Fill in this information to identify the case:**

Debtor name    __Southcreek Petroleum Co, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA__

Case number
(if known)    _____

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** 

**Creditor's name**
**Jimmy and Loretta Mullins Estate**

**Creditor's mailing address**
**PO Box 178**

_____

**Wanette        OK   74878**

**Creditor's email address, if known**

_____

**Date debt was incurred**    __7/2015__

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**0000-33-07N-04W-0-018-00**

**Describe the lien**
**1st Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $6,000,000.00 | $0.00 |
|---|---|

For 22419 Macauthur Avenue, Blanchard, OK 73010: 1) Jimmy and Loretta Mullins Estate; 2) Oklahoma Employment Security Commission.  For Various Wells in Muliple Counties: 1) Jimmy and Loretta Mullins Estate.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $6,004,241.58

Debtor  **Southcreek Petroleum Co, LLC**                    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2**

**Creditor's name**
**Oklahoma Employment Security Comm**

**Creditor's mailing address**
**PO Box 52003**

_____

**Oklahoma City**        **OK**   **73152-2003**

**Creditor's email address, if known**
_____

Date debt was incurred   **2/2018 & 3/2018**

Last 4 digits of account
number            **4   2   1   3**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.1**_____

**Tax Warrant 000300-19**

**Describe debtor's property that is
subject to a lien**

**22419 Macauthur Avenue, Blanchard, OK 73010**

**Describe the lien**

**Tax Warrant**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

                                $4,241.58            $0.00

Debtor   **Southcreek Petroleum Co, LLC**                              Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Bass Law Firm** | Line **2.1** | ___ ___ ___ ___ |
| **PO Box 157** | | |
| **El Reno**              **OK**    **73036** | | |
| **Beverly Jo Mullins** | Line **2.1** | ___ ___ ___ ___ |
| **6301 E Rock Road** | | |
| **Norman**              **OK**    **73026** | | |
| **Chris Reynolds** | Line **2.1** | ___ ___ ___ ___ |
| **6301 E Rock Road** | | |
| **Norman**              **OK**    **73026** | | |
| **Debra Ann Mullins Strickland** | Line **2.1** | ___ ___ ___ ___ |
| **PO Box 14** | | |
| **Peterborough**              **NH**    **03458** | | |
| **Gary Richard Mullins** | Line **2.1** | ___ ___ ___ ___ |
| **214 Flood Street** | | |
| **Norman**              **OK**    **73069** | | |
| **Jennifer Gail Reynolds Pinnick** | Line **2.1** | ___ ___ ___ ___ |
| **619 Sherwood Drive** | | |
| **Norman**              **OK**    **73071** | | |

Debtor    **Southcreek Petroleum Co, LLC** _____    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Justin Reynolds** | Line __2.1__ | ___ ___ ___ ___ |
| **1520 Tudor Drive** | | |
| | | |
| | | |
| **Oklahoma City**          **OK**     **73160** | | |

**Fill in this information to identify the case:**

Debtor      **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | |
|---|---|---|

**As of the petition filing date, the claim is:** *Check all that apply.*     Total claim **$68.00**    Priority amount **$68.00**

**McClain County Treasurer**

**c/o Teresa Jones, Treasurer**

**121 N 2nd #318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Purcell**       **OK**    **73080**

**Basis for the claim:**
**Property Taxes**

Date or dates debt was incurred
**2021**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account
number   **1**   **3**   **2**   **0**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

Debtor  **Southcreek Petroleum Co, LLC**  Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Don Ledgerwood**

**10781 N CR 3110**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Maysville**          **OK**    **73057**

**Basis for the claim:**
**Pending Suit Environmental Damages**

Date or dates debt was incurred          **1/2/2014**

Last 4 digits of account number          **1   9   8   4**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00** |

**James Beck**

**PO Box 885**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Maysville**          **OK**    **73057**

**Basis for the claim:**
**Services Rendered**

Date or dates debt was incurred

Last 4 digits of account number          **u   n   t   s**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ledgerwood Family Farm, LLC**

**c/o Stan Ledgerwood**

**10781 N. CR 3110**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Maysville**          **OK**    **73057**

**Basis for the claim:**
**Pending Suit Environmental Damages**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shirley Ledgerwood**

**10781 N CR 3110**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Maysville**          **OK**    **73057**

**Basis for the claim:**
**Pending Suit Environmental Damages**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor __Southcreek Petroleum Co, LLC_____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Stan Ledgerwood_____

__10509 N County Road 3110_____

☐ Contingent
☑ Unliquidated
☑ Disputed

_____

__Maysville_____ OK____ 73057____

Basis for the claim:
__Pending Suit Environmental Damages__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Unknown

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Tina Ledgerwood_____

__10509 N County Road 3110_____

☐ Contingent
☑ Unliquidated
☑ Disputed

_____

__Maysville_____ OK____ 73057____

Basis for the claim:
__Pending Suit Environmental Damages__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Unknown

Debtor    **Southcreek Petroleum Co, LLC**                          Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**    **IRS** <br> **PO Box 7346** <br><br> **Philadelphia**    **PA**    **19101-7346** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.2**    **Mahaffey & Gore, PC** <br> **300 NE 1st Street** <br><br> **Oklahoma City**    **OK**    **73104-4004** | Line __**3.6**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.3**    **Mahaffey & Gore, PC** <br> **300 NE 1st Street** <br><br> **Oklahoma City**    **OK**    **73104-4004** | Line __**3.5**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.4**    **Mahaffey & Gore, PC** <br> **300 NE 1st Street** <br><br> **Oklahoma City**    **OK**    **73104-4004** | Line __**3.4**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.5**    **Mahaffey & Gore, PC** <br> **300 NE 1st Street** <br><br> **Oklahoma City**    **OK**    **73104-4004** | Line __**3.3**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.6**    **Mahaffey & Gore, PC** <br> **300 NE 1st Street** <br><br> **Oklahoma City**    **OK**    **73104-4004** | Line __**3.1**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Southcreek Petroleum Co, LLC**                    Case number (if known) _____

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7**    **Mark Brown**                                             Line    **3.6**                    __ __ __ __

**Attorney for Southcreek Petroluem Co.**             ☐ Not listed. Explain:

**12313 Hidden Forest Blvd**

**Oklahoma City          OK      73142**

**4.8**    **Mark Brown**                                             Line    **3.5**                    __ __ __ __

**Attorney for Southcreek Petroluem Co.**             ☐ Not listed. Explain:

**12313 Hidden Forest Blvd**

**Oklahoma City          OK      73142**

**4.9**    **Mark Brown**                                             Line    **3.4**                    __ __ __ __

**Attorney for Southcreek Petroluem Co.**             ☐ Not listed. Explain:

**12313 Hidden Forest Blvd**

**Oklahoma City          OK      73142**

**4.10**    **Mark Brown**                                            Line    **3.3**                    __ __ __ __

**Attorney for Southcreek Petroluem Co.**             ☐ Not listed. Explain:

**12313 Hidden Forest Blvd**

**Oklahoma City          OK      73142**

**4.11**    **Mark Brown**                                            Line    **3.1**                    __ __ __ __

**Attorney for Southcreek Petroluem Co.**             ☐ Not listed. Explain:

**12313 Hidden Forest Blvd**

**Oklahoma City          OK      73142**

**4.12**    **Oklahoma Tax Commission**                               Line    _____                   __ __ __ __

**Attn: Legal Bankruptcy**                            ☑ Not listed. Explain:

**PO Box 269056**                                         **Notice Only**

**Oklahoma City          OK      73126-0956**

**4.13**    **Steven Ledgerwood**                                     Line    **3.6**                    __ __ __ __

**2028 E. Ben White Blvd**                            ☐ Not listed. Explain:

**Suite 240 240 PMB 2846**

**Austin                TX      78741**

Debtor    **Southcreek Petroleum Co, LLC**       Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | Steven Ledgerwood<br>2028 E. Ben White Blvd<br>Suite 240 240 PMB 2846<br><br>Austin      TX   78741 | Line  **3.5**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.15 | Steven Ledgerwood<br>2028 E. Ben White Blvd<br>Suite 240 240 PMB 2846<br><br>Austin      TX   78741 | Line  **3.4**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.16 | Steven Ledgerwood<br>2028 E. Ben White Blvd<br>Suite 240 240 PMB 2846<br><br>Austin      TX   78741 | Line  **3.3**<br><br>☐ Not listed. Explain: | __ __ __ __ |
| 4.17 | Steven Ledgerwood<br>2028 E. Ben White Blvd<br>Suite 240 240 PMB 2846<br><br>Austin      TX   78741 | Line  **3.1**<br><br>☐ Not listed. Explain: | __ __ __ __ |

Debtor    **Southcreek Petroleum Co, LLC**                        Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.        **$68.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**        **$75,000.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.        **$75,068.00** |

**Fill in this information to identify the case:**

Debtor name    **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known) _____  Chapter __**7**__

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Arrow Pump & Supply of Sem** | **c/o McAtee & Woods, PC** <br> Number    Street <br> **410 NW 13th Street** <br> **Oklahoma City**    **OK**  **73103** <br> City    State  ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Arrow Pump & Supply of Sem** | **c/o McAtee & Woods, PC** <br> Number    Street <br> **410 NW 13th Street** <br> **Oklahoma City**    **OK**  **73103** <br> City    State  ZIP Code | **Don Ledgerwood** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 **Arrow Pump & Supply of Sem** | **c/o McAtee & Woods, PC** <br> Number    Street <br> **410 NW 13th Street** <br> **Oklahoma City**    **OK**  **73103** <br> City    State  ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 **Arrow Pump & Supply of Sem** | **c/o McAtee & Woods, PC** <br> Number    Street <br> **410 NW 13th Street** <br> **Oklahoma City**    **OK**  **73103** <br> City    State  ZIP Code | **Shirley Ledgerwood** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Southcreek Petroleum Co, LLC**                    Case number (if known) _____

---

| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | **Arrow Pump & Supply of Sem** | **c/o McAtee & Woods, PC**<br>Number        Street<br>**410 NW 13th Street**<br><br>**Oklahoma City**    **OK**    **73103**<br>City                    State    ZIP Code | **Stan Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | **Arrow Pump & Supply of Sem** | **c/o McAtee & Woods, PC**<br>Number        Street<br>**410 NW 13th Street**<br><br>**Oklahoma City**    **OK**    **73103**<br>City                    State    ZIP Code | **Tina Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | **Balon Corporation** | **c/o Tomlinson McKinstry PC**<br>Number        Street<br>**Two Leadership Square Suite 450**<br><br>**Oklahoma City**    **OK**    **73102**<br>City                    State    ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | **Balon Corporation** | **c/o Tomlinson McKinstry PC**<br>Number        Street<br>**Two Leadership Square Suite 450**<br><br>**Oklahoma City**    **OK**    **73102**<br>City                    State    ZIP Code | **Don Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | **Balon Corporation** | **c/o Tomlinson McKinstry PC**<br>Number        Street<br>**Two Leadership Square Suite 450**<br><br>**Oklahoma City**    **OK**    **73102**<br>City                    State    ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | **Balon Corporation** | **c/o Tomlinson McKinstry PC**<br>Number        Street<br>**Two Leadership Square Suite 450**<br><br>**Oklahoma City**    **OK**    **73102**<br>City                    State    ZIP Code | **Shirley Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | **Balon Corporation** | **c/o Tomlinson McKinstry PC**<br>Number        Street<br>**Two Leadership Square Suite 450**<br><br>**Oklahoma City**    **OK**    **73102**<br>City                    State    ZIP Code | **Stan Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |

Debtor      **Southcreek Petroleum Co, LLC**_____   Case number (if known) _____

## ▇ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.12 Balon Corporation** | **c/o Tomlinson McKinstry PC**<br>Number     Street<br>**Two Leadership Square Suite 450**<br>**Oklahoma City**    **OK**  **73102**<br>City                    State   ZIP Code | **Tina Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| **2.13 Newkumet Exploration, Inc.** | **c/o Gum Puckett Mackechnie Coffin**<br>Number     Street<br>**105 N Hudson Suite 900**<br>**Oklahoma City**    **OK**  **73102**<br>City                    State   ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.14 Newkumet Exploration, Inc.** | **c/o Gum Puckett Mackechnie Coffin**<br>Number     Street<br>**105 N Hudson Suite 900**<br>**Oklahoma City**    **OK**  **73102**<br>City                    State   ZIP Code | **Don Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| **2.15 Newkumet Exploration, Inc.** | **c/o Gum Puckett Mackechnie Coffin**<br>Number     Street<br>**105 N Hudson Suite 900**<br>**Oklahoma City**    **OK**  **73102**<br>City                    State   ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.16 Newkumet Exploration, Inc.** | **c/o Gum Puckett Mackechnie Coffin**<br>Number     Street<br>**105 N Hudson Suite 900**<br>**Oklahoma City**    **OK**  **73102**<br>City                    State   ZIP Code | **Shirley Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| **2.17 Newkumet Exploration, Inc.** | **c/o Gum Puckett Mackechnie Coffin**<br>Number     Street<br>**105 N Hudson Suite 900**<br>**Oklahoma City**    **OK**  **73102**<br>City                    State   ZIP Code | **Stan Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |
| **2.18 Newkumet Exploration, Inc.** | **c/o Gum Puckett Mackechnie Coffin**<br>Number     Street<br>**105 N Hudson Suite 900**<br>**Oklahoma City**    **OK**  **73102**<br>City                    State   ZIP Code | **Tina Ledgerwood** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Southcreek Petroleum Co, LLC**                    Case number (if known) _____

████ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.19  **Newkumet Exploration, Inc.** | **c/o Durbin Larimore & Bialick** <br> Number    Street <br> **920 North Harvey** <br> **Oklahoma City**    **OK**  **73102** <br> City    State  ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.20  **Newkumet Exploration, Inc.** | **c/o Durbin Larimore & Bialick** <br> Number    Street <br> **920 North Harvey** <br> **Oklahoma City**    **OK**  **73102** <br> City    State  ZIP Code | **Don Ledgerwood** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.21  **Newkumet Exploration, Inc.** | **c/o Durbin Larimore & Bialick** <br> Number    Street <br> **920 North Harvey** <br> **Oklahoma City**    **OK**  **73102** <br> City    State  ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.22  **Newkumet Exploration, Inc.** | **c/o Durbin Larimore & Bialick** <br> Number    Street <br> **920 North Harvey** <br> **Oklahoma City**    **OK**  **73102** <br> City    State  ZIP Code | **Shirley Ledgerwood** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.23  **Newkumet Exploration, Inc.** | **c/o Durbin Larimore & Bialick** <br> Number    Street <br> **920 North Harvey** <br> **Oklahoma City**    **OK**  **73102** <br> City    State  ZIP Code | **Stan Ledgerwood** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.24  **Newkumet Exploration, Inc.** | **c/o Durbin Larimore & Bialick** <br> Number    Street <br> **920 North Harvey** <br> **Oklahoma City**    **OK**  **73102** <br> City    State  ZIP Code | **Tina Ledgerwood** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.25  **Wise Oil & Gas No. 10 LTD** | **c/o Ryan Whaley Coldiron Jantzen Peters** <br> Number    Street <br> **& Webber PLLC** <br> **Oklahoma City**    **OK**  **73102** <br> City    State  ZIP Code | **Ledgerwood Family Farm, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Southcreek Petroleum Co, LLC**                     Case number (if known) _____

| | |
|---|---|
| ▉ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.26 | Wise Oil & Gas No. 10 LTD | c/o Ryan Whaley Coldiron Jantzen Peters<br>*Number      Street*<br>& Webber PLLC<br>Oklahoma City      OK    73102<br>*City                State    ZIP Code* | Don Ledgerwood | ☐ D  ☑ E/F  ☐ G |
| 2.27 | Wise Oil & Gas No. 10 LTD | c/o Ryan Whaley Coldiron Jantzen Peters<br>*Number      Street*<br>& Webber PLLC<br>Oklahoma City      OK    73102<br>*City                State    ZIP Code* | Ledgerwood Family Farm, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.28 | Wise Oil & Gas No. 10 LTD | c/o Ryan Whaley Coldiron Jantzen Peters<br>*Number      Street*<br>& Webber PLLC<br>Oklahoma City      OK    73102<br>*City                State    ZIP Code* | Shirley Ledgerwood | ☐ D  ☑ E/F  ☐ G |
| 2.29 | Wise Oil & Gas No. 10 LTD | c/o Ryan Whaley Coldiron Jantzen Peters<br>*Number      Street*<br>& Webber PLLC<br>Oklahoma City      OK    73102<br>*City                State    ZIP Code* | Stan Ledgerwood | ☐ D  ☑ E/F  ☐ G |
| 2.30 | Wise Oil & Gas No. 10 LTD | c/o Ryan Whaley Coldiron Jantzen Peters<br>*Number      Street*<br>& Webber PLLC<br>Oklahoma City      OK    73102<br>*City                State    ZIP Code* | Tina Ledgerwood | ☐ D  ☑ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................... | **$38,022.03**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B...................................................................................... | **$38,022.03**

## Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$6,004,241.58**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$68.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+ $75,000.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................... | **$6,079,309.58**

**Fill in this information to identify the case and this filing:**

Debtor Name  __Southcreek Petroleum Co, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA__

Case number
(if known)  _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/30/2021__        X __/s/ Gus Allen Lovelace__ _____
    MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                        __Gus Allen Lovelace__ _____
                                        Printed name

                                        __Vice President__ _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Southcreek Petroleum Co, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF OKLAHOMA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.    **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __**01/01/2021**__<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$8,281.28** |
| **For prior year:** | From __**01/01/2020**__<br>MM / DD / YYYY | to | __**12/31/2020**__<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | _____ |
| **For the year before that:** | From __**01/01/2019**__<br>MM / DD / YYYY | to | __**12/31/2019**__<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | _____ |

2.    **Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **Southcreek Petroleum Co, LLC**                                    Case number (if known) _____
_____
Name

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

6.    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Stan Ledgerwood, Tina Ledgerwood, Don Lederwood, Shirley Ledgerwood, and Ledgerwood Family Farm, LLC vs Southcreek Petroleum Co. LLC, Newkumet Explorartion, Inc, NEI Ltd, Wise Oil & Gas No 10, Ltd, East Story Gibson Sand Unit, Balon Corporation, and Arrow Pump & Supply of Seminole**<br>Case number<br>**CJ-2019-84** | **Civil/ Motion for Scheduling Order  filed and Notice of Hearing set for December 3, 2021 at 9:30 am** | **In the District Court of Garvin County**<br>Name<br>**201 W. Grant St.**<br>Street<br>**P.O. Box 239**<br><br>**Pauls Valley          OK    73075**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Southcreek Petroleum Co, LLC**                                    Case number (if known)   _____
_____
Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---------|----------------|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Gooding Law Firm, P.C.** | | 9/27/2021 | $25,000.00 |

Address

**204 N. Robinson Avenue, Suite 1235**
Street

_____

**Oklahoma City**          **OK**    **73102**
City                          State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor __Southcreek Petroleum Co, LLC_____    Case number (if known) _____
           Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

**Part 7:**    **Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:**    **Health Care Bankruptcies**

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:**    **Personally Identifiable Information**

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

Debtor    __Southcreek Petroleum Co, LLC_____    Case number (if known) _____
        Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor  **Southcreek Petroleum Co, LLC**                    Case number (if known) _____
_____
Name

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Grant and Katie Johnson** | | From | **2015** | To **2020** |
| | Name | | | | |
| | **313 N. Walnut Street** | | | | |
| | Street | | | | |
| | | | | | |
| | **Pauls Valley** | **OK** | **73075** | | |
| | City | State | ZIP Code | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **Gus Lovelace** | | |
| | Name | | |
| | **23518 County Line Ave** | | |
| | Street | | |
| | | | |
| | **Blanchard** | **OK** | **73010** |
| | City | State | ZIP Code |

Debtor   **Southcreek Petroleum Co, LLC**                          Case number (if known) _____
_____
         Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

      ☑ None

**27. Inventories**

     Have any inventories of the debtor's property been taken within 2 years before filing this case?

     ☑ No.
     ☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
       or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tianna Halfacre** | **24742 MacArthur Ave** <br> **Blanchard, OK 73010** | **Secretary and Member** | **10%** |
| **Kenni Massey** | **10701 212th Street** <br> **Blanchard, OK 73010** | **President and Member** | **45%** |
| **Gus Lovelace** | **23518 County Line Ave** <br> **Blanchard, OK 73010** | **Vice President and Member** | **45%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
       members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

     ☑ No
     ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

     Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
     bonuses, loans, credits on loans, stock redemptions, and options exercised?

     ☑ No
     ☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

     ☑ No
     ☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

     ☑ No
     ☐ Yes.  Identify below.

Debtor    **Southcreek Petroleum Co, LLC**                                Case number (if known) _____
                Name

| Part 14: | Signature and Declaration |

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/30/2021**
                MM / DD / YYYY

**X** **/s/ Gus Allen Lovelace**                                    Printed name  **Gus Allen Lovelace**
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor **Vice President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA
### OKLAHOMA CITY DIVISION

In re  **Southcreek Petroleum Co, LLC**                    Case No.  _____

                                                          Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................    **$25,000.00**
   Prior to the filing of this statement I have received........................................................    **$25,000.00**
   Balance Due.............................................................................................................    **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td>

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/30/2021** | **/s/ O. Clifton Gooding** | |
| :---: | :--- | :--- |
| *Date* | *O. Clifton Gooding* | Bar No.  10315 |
| | The Gooding Law Firm, P.C. | |
| | 204 N. Robinson Avenue, Suite 1235 | |
| | Oklahoma City, Oklahoma 73102 | |
| | Phone: (405) 948-1978 / Fax: (405) 948-0864 | |

</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:   **Southcreek Petroleum Co, LLC**                    CASE NO

                                                            CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/30/2021                              Signature   **/s/ Gus Allen Lovelace**
                                                          *Gus Allen Lovelace*
                                                          *Vice President*

Date _____            Signature _____

Arrow Pump & Supply of Sem
c/o McAtee & Woods, PC
410 NW 13th Street
Oklahoma City, OK 73103


Balon Corporation
c/o Tomlinson McKinstry PC
Two Leadership Square Suite 450
211 N. Robinson Ave
Oklahoma City, OK 73102

Bass Law Firm
PO Box 157
El Reno, OK 73036


Beverly Jo Mullins
6301 E Rock Road
Norman, OK 73026


Chris Reynolds
6301 E Rock Road
Norman, OK 73026


Debra Ann Mullins Strickland
PO Box 14
Peterborough, NH 03458


Don Ledgerwood
10781 N CR 3110
Maysville, OK 73057


Gary Richard Mullins
214 Flood Street
Norman, OK 73069


IRS
PO Box 7346
Philadelphia, PA 19101-7346

James Beck
PO Box 885
Maysville, OK 73057


Jennifer Gail Reynolds Pinnick
619 Sherwood Drive
Norman, OK 73071


Jimmy and Loretta Mullins Estate
PO Box 178
Wanette, OK 74878


Justin Reynolds
1520 Tudor Drive
Oklahoma City, OK 73160


Ledgerwood Family Farm, LLC
c/o Stan Ledgerwood
10781 N. CR 3110
Maysville, OK 73057


Mahaffey & Gore, PC
300 NE 1st Street
Oklahoma City, OK 73104-4004


Mark Brown
Attorney for Southcreek Petroluem Co.
12313 Hidden Forest Blvd
Oklahoma City, OK 73142


McClain County Treasurer
c/o Teresa Jones, Treasurer
121 N 2nd #318
Purcell, OK 73080


Newkumet Exploration, Inc.
c/o Gum Puckett Mackechnie Coffin
105 N Hudson Suite 900
Oklahoma City, OK 73102

Newkumet Exploration, Inc.
c/o Durbin Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102


Oklahoma Employment Security Commission
PO Box 52003
Oklahoma City, OK 73152-2003


Oklahoma Tax Commission
Attn: Legal Bankruptcy
PO Box 269056
Oklahoma City, OK 73126-0956


Shirley Ledgerwood
10781 N CR 3110
Maysville, OK 73057


Stan Ledgerwood
10509 N County Road 3110
Maysville, OK 73057


Steven Ledgerwood
2028 E. Ben White Blvd
Suite 240 240 PMB 2846
Austin, TX 78741


Tina Ledgerwood
10509 N County Road 3110
Maysville, OK 73057


Wise Oil & Gas No. 10 LTD
c/o Ryan Whaley Coldiron Jantzen Peters
& Webber PLLC
900 N Robinson
Oklahoma City, OK 73102

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

In re:  **Southcreek Petroleum Co, LLC**                              CASE NO

                                                                                       CHAPTER   **7**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                         **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                                                    **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor):                        **$0.00**
    4. Payroll Taxes:                                                                      **$0.00**
    5. Unemployment Taxes:                                                          **$0.00**
    6. Worker's Compensation:                                                     **$0.00**
    7. Other Taxes:                                                                      **$0.00**
    8. Inventory Purchases (including raw materials):                     **$0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray:                             **$0.00**
    10. Rent (other than debtor's principal residence):                  **$0.00**
    11. Utilities:                                                                          **$0.00**
    12. Office Expenses and Supplies:                                           **$0.00**
    13. Repairs and Maintenance:                                                **$0.00**
    14. Vehicle Expenses:                                                            **$0.00**
    15. Travel and Entertainment:                                                **$0.00**
    16. Equipment Rental and Leases:                                          **$0.00**
    17. Legal/Accounting/Other Professional Fees:                         **$0.00**
    18. Insurance:                                                                       **$0.00**
    19. Employee Benefits (e.g., pension, medical, etc.):              **$0.00**
    20. Payments to be Made Directly by Debtor to Secured Creditors for
        Pre-Petition Business Debts (Specify):                            **None**
    21. Other (Specify):                                                               **None**
    22. Total Monthly Expenses (Add items 3 - 21)                                                    **$0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                     **$0.00**