UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:                                      )
SOUTHCREEK PETROLEUM CO., LLC  )   Case No. 21-
                                            )   Chapter 7
                                            )
              Debtor(s)                     )

Pursuant to Federal Rules 1007(a) and Bankruptcy Rule 7007.1 and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Southcreek Petroleum Co., LLC, a

☒ Corporate Debtor
☐ Party to an adversary proceeding
☐ Party to a contested Matter
☐ Member of committee of creditors

makes the following disclosure(s):

**All corporation, other than a governmental unit, that directly or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

- Kenni Massey, President 45%
- Gus Lovelace, Vice President 45%
- Tianna Halfacre, Secretary 10%

**OR**

☐   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

Date: November 30, 2021        /s/ Gus Lovelace
                               Gus Lovelace, Vice President for
                               Southcreek Petroleum Co., LLC, Debtor

                               SOUTHCREEK PETROLEUM CO., LLC

                               By: /s/ O. Clifton Gooding
                                   O. CLIFTON GOODING (OBA #10315)
                               OF THE FIRM:
                               THE GOODING LAW FIRM
                               A Professional Corporation
                               204 North Robinson Avenue, Suite 1235
                               Oklahoma City, Oklahoma 73102
                               405.948.1978 – Telephone
                               405.948.0864 – Telecopier
                               cgooding@goodingfirm.com
                               Attorney for SOUTHCREEK PETROLEUM CO., LLC