UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: )
SOUTHCREEK PETROLEUM CO, LLC, )
                                        )    Case No. 21-13136-SAH
                                        )    Chapter 7
                Debtor(s) )

## SUMMARY OF ASSETS AND LIABILITIES AND AMENDED SCHEDULE B

              SOUTHCREEK PETROLEUM CO., LLC

              By: */s/ O. Clifton Gooding*
                  O. CLIFTON GOODING (OBA #10315)

              OF THE FIRM:

              THE GOODING LAW FIRM
              A Professional Corporation
              204 North Robinson Avenue, Suite 1235
              Oklahoma City, Oklahoma 73102
              405.948.1978 – Telephone
              405.948.0864 – Telecopier
              cgooding@goodingfirm.com - email

              Attorney for SOUTHCREEK PETROLEUM CO., LLC

**Fill in this information to identify the case:**

Debtor Name **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): **21-13136**

☑ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from Schedule A/B................................................................. **$0.00**

    1b. Total personal property:
    Copy line 91A from Schedule A/B................................................................ **$38,022.03**

    1c. Total of all property
    Copy line 92 from Schedule A/B................................................................... **$38,022.03**

### Part 2: Summary of Liabilities

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............... **$6,004,241.58**

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................... **$68.00**

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............. + **$75,000.00**

4. Total liabilities
Lines 2 + 3a + 3b................................................................................................... **$6,079,309.58**

### Fill in this information to identify the case

Debtor name __Southcreek Petroleum Co, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA__

Case number (if known) __21-13136__

☑ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. Cash on hand

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Commercial Checking account with McClain Bank<br>Account number ending in 5775 | Checking account | 5 7 7 5 | $13,472.03 |

4. Other cash equivalents   *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $13,472.03

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor  **Southcreek Petroleum Co, LLC**  
      Name

Case number (if known) __21-13136__

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                                         $0.00

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

Current value of debtor's interest

11. Accounts receivable

    11a. 90 days old or less: _____ − _____ = ............→ _____
                         face amount      doubtful or uncollectible accounts

    11b. Over 90 days old: _____ − _____ = ............→ _____
                        face amount      doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                  $0.00

## Part 4: Investments

13. Does the debtor own any investments?

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

        Valuation method     Current value of
        used for current value   debtor's interest

14. Mutual funds or publicly traded stocks not included in Part 1

    Name of fund or stock:

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

    Name of entity:                    % of ownership:

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                                     $0.00

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor  **Southcreek Petroleum Co, LLC**                                    Case number (if known) __21-13136__
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                          $0.00

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                          $0.00

34. Is the debtor a member of an agricultural cooperative?
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ☐ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Official Form 206A/B            Schedule A/B: Assets -- Real and Personal Property            page 3

Debtor  **Southcreek Petroleum Co, LLC**                    Case number (if known) **21-13136**
         Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 39. Office furniture | | | |
    | 40. Office fixtures | | | |
    | 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
    | 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. Total of Part 7.
    Add lines 39 through 42. Copy the total to line 86.                                                                         $0.00

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☐ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

    | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

    | | | | |
    |---|---|---|---|
    | 47.1. 2007 Ford F-150 Pickup<br>23518 County Line Ave<br>Blanchard, OK 73010 | | NADA | $11,725.00 |
    | 47.2. 2005 Ford F-150 Pickup<br>23518 County Line Ave<br>Blanchard, OK 73010 | | NADA | $9,325.00 |

48. Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

    | | | | |
    |---|---|---|---|
    | 48.1. 16 Foot Trailer<br>23518 County Line Ave<br>Blanchard, OK 73010 | | | $1,500.00 |

49. Aircraft and accessories

| Debtor | Southcreek Petroleum Co, LLC | Case number (if known) 21-13136 |
|---|---|---|
| | Name | |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | | |
|---|---|---|---|---|
| Vermeer Tractor Model #V3550A<br>Serial Number 1VRS072P4Y1001346<br>24742 MacArthur Ave<br>Blanchard, OK 73010 | | | | Unknown |

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.                                         **$22,550.00**

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☑ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 9: Real property

54. Does the debtor own or lease any real property?

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | Southcreek Petroleum Co, LLC | Case number (if known) | 21-13136 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | 22419 Macauthur Avenue, Blanchard, OK 73010 Parcel: 00003307N04W001800 22419 Macauthur Avenue, Blanchard, OK 73010 Portable Office Building and Land: Legal Description: A TRACT OF LAND OUT OF THE SOUTHEAST QUARTER (SE/4) OF SECTION 33-TOWNSHIP 7 NORTH, RANGE 4 WEST, MCCLAIN COUNTY, OKLAHOMA. DESCRIBED BY METES AND BOUNDS AS FOLLOWS: COMMENCING AT THE NE CORNER OF THE SE/4 THENCE S 00°03'25" E ALONG THE EAST LINE OF THE SE/4 FOR A DISTANCE OF 422.83 FEET TO THE POINT OF BEGINNING. THENCE ALONG SAID EAST LINE S 00°03'25" E FOR A DISTANCE OF 255.79 FEET, THENCE N 78°59'53" W FOR A DISTANCE OF 263.46 FEET, THENCE N 18°52'25" W FOR A DISTANCE OF 175.93 FEET, THEN N 82°56'28" E FOR A DISTANCE OF 317.68 FEET TO THE POINT OF BEGINNING, CONTAINING 1.39 ACRES MORE OF LESS. | Fee Simple | Unknown | Unknown |
| 55.2. | Various Wells in Muliple Counties Various Wells in Muliple Counties See attached "Exhibit A" of a certain Assignment and Bill of Sale, which was effective July 9, 2015 and recorded in Cleveland County, Garvin County, McClain County and Washita County. | Fee Simple | Unknown | Unknown |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.  $0.00

57. Is a depreciation schedule available for any of the property listed in Part 9?
☑ No
☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 10:** Intangibles and Intellectual Property

59. Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

Debtor  **Southcreek Petroleum Co, LLC**    Case number (if known) __21-13136__
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.                    $0.00

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☐ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest
71. Notes receivable

    Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)

    Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

Debtor   **Southcreek Petroleum Co, LLC**              Case number (if known) __21-13136__
         Name

Cross-Claims Against Balon Corporation and Arrow Pump & Supply of Seminole, LLC

Stan Ledgerwood, Tina Ledgerwood, Don Lederwood, Shirley Ledgerwood, and Ledgerwood Family Farm, LLC, Plaintiffs
vs
Southcreek Petroleum Co. LLC, Newkumet Exploration, Inc, NEI, Ltd, Wise Oil & Gas No. 10, Ltd., East Story Gibson Sand Unit, Balon Corporation, and Arrow Pump & Supply of Seminole, LLC

Case Number CJ-2019-84
In the District Court of Garvin County State of Oklahoma

Attorney
Brown & Brown, PC
12313 Hidden Forest Blvd.
Oklahoma City, OK 73142

| Judgment against each party in an amount in excess of $75,000.00 plus costs, interest, attorney fees and other Court costs | Unknown |
|---|---|
| Nature of claim    Negligence Claim; Cross/Counter Claim | |
| Amount requested   $1,000,000.00 | |

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

| Miscellaneous Tools | $2,000.00 |
|---|---|

78. Total of Part 11.
    Add lines 71 through 77. Copy the total to line 90.                                             **$2,000.00**

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

Debtor  **Southcreek Petroleum Co, LLC**  Case number (if known) __21-13136__
      Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $13,472.03 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $22,550.00 | |
| 88. Real property. *Copy line 56, Part 9.* ➜ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $2,000.00 | |
| 91. Total. Add lines 80 through 90 for each column. | 91a. $38,022.03 | + 91b. $0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92 .................................................................. $38,022.03

Book: RB 5499 Page: 1379

# EXHIBIT "A"

Attached to and made a part of that certain Assignment and Bill of Sale, dated the 21 day of December 20 15, but effective the 9th day of July 20 15, by and between **Loretta Mullins** as Individual and as President and dba **Southcreek Petroleum Company**, Assignor, and **Southcreek Petroleum Co., LLC**, an Oklahoma Limited Liability Company, Assignee.

<u>SOUTHCREEK PETROLEUM CO, LLC</u>

<u>CLEVELAND COUNTY</u>

Kennedy No 1 – SE Section 4-8N-1W
    Toklan Oil & Gas to Southcreek – Bk 2735 Pg 697
    Toklan Oil & Gas to Southcreek (Amended) – Bk 2741 Pg1031

Niles No 3-5 – NW Section 5-9N-3W
    Frontier Acquisition Corp to Southcreek – Bk 2735 Pg 693
    STEC Resources Corp to Southcreek – Bk 2776 Pg 612
    Patrick M Goy to Southcreek – Bk 2776 Pg 614
    Jay Harris to Southcreek – Bk 2776 Pg 616
    Harris Family Trust to Southcreek – Bk 2776 Pg 618
    Kelly Petroleum to Southcreek – Bk 2776 Pg 620
    Dorothy B Jones Trust to Southcreek – Bk 2776 Pg 622
    Ralph C. White to Southcreek – Bk 2776 Pg 624
    Kurt M Wegleitner to Southcreek – Bk 2776 Pg 626
    Romoco Family Trust to Southcreek – Bk 2777 Pg 20
    Robyn R Sparks to Southcreek – Bk 3127 Pg 818
    R R Robinson Trust to Southcreek – Bk 3136 Pg 657
    Carl E Gungoll Exploration LLC to Jimmy R Mullins d/b/a Southcreek – Bk 4068 Pg 1208
    M E Klein and Assoc Inc to Southcreek – Bk 4625 Pg 907
    Wayne Speegle to Southcreek

Walton 7-1 – NW Section 7-8N-1W
    Toklan Oil & Gas to Southcreek – Bk 3049 Pg 648
    Robert L Parker Trust to Southcreek – Bk 3063 Pg 353

Book: RB 5499 Page: 1380

### GARVIN COUNTY

Blevins 1-32 – NE Section 32-2N-1W
    EEC, Inc to Southcreek – Bk 1371 Pg 739
    John Beyers to Southcreek – Bk 1377 Pg 663
    Douglas 1975-2 DRLG Program, Ltd to Southcreek – Bk 1378 Pg 673
    Janine Masterson to Southcreek – Bk 1626 Pg 286
    Jabara Oil Company, Inc to Southcreek – Bk 1675 Pg 739
    Bill H Collins to Southcreek – Bk 1752 Pg 17

Ivey No 1 – SE Section 12-4N-3W
    Marlin Oil Corporation to Southcreek – Bk 1556 Pg 795
    Charles K Myers to Southcreek – Bk 1592 Pg 277

Russell 1-1 – Section 1-2N-1W
    Bogo Energy Corp to Southcreek – Bk 1465 Pg 831

Peters 1-28 – SE Section 28-4N-1W
    Carroll L & Mary M Brewer Trust to Southcreek – Bk 1846 Pg 285

Temple B-1 – NW Section 7-2N-2W
    H&S Equipment and Jack McBride to Southcreek – Bk 1828 Pg 932

Temple B-2 – NW Section 7-2N-2W
    H&S Equipment and Jack McBride to Southcreek – Bk 1828 Pg 932

### MCCLAIN COUNTY

Bell 1-26 – SW Section 26-5N-3W
    Continental Resources, Inc to Southcreek – Bk 1576 Pg 681

Burkhead 1-4 – E2 Section 4-5N-2W
    Westport Oil and Gas Company, LP to Southcreek – Bk 1731 Pg 660

Frank Dennis No 1 – NE Section 13-9N-4W
    Midgard Energy Company to Southcreek Petroleum Co – Bk 1488 Pg 577

Harris #2-25 – NW Section 25-5N-3W
    Louis Dreyfus Natural Gas Corp to Jimmy & Loretta Mullins, JT, dba Southcreek – Bk 1386 Pg 575
    F C D Oil Corp C-3-82 Offset Program, A Partnership to Southcreek – Bk 1559 Pg 971
    Texas Energy Supply to Southcreek – Bk 1395 Pg 747
    NSG Production Co to Southcreek – Bk 1528 Pg 71
    Northport Production Co to Southcreek – Bk 1528 Pg 73
    Mid-Continent Mud Sales Inc to Southcreek – Bk 1533 Pg 81

Book: RB 5499 Page: 1381

Hester No. 1-10 – SE Section 10-6N-4W
    Samson Resources Company to Southcreek – Bk 1551 Pg 627
    The Blank 199 Family Trust to Southcreek – Bk 1587 Pg 255

Hester A-1 – SW Section 10-6N-4W
    WLW Oil & Gas, LLC to Southcreek – Bk 2205 Pg 22

Norvell No 1 – SW Section 3-6N-2W
    SGO Petroleum, Inc. to Southcreek – Bk 1503 Pg 952

Romine No. 1-17 – NE Section 17-7N-3W
    Keener Energy Company to Jimmy & Loretta Mullins dba Southcreek – Bk 1386 Pg 785
    Genevieve T. Harris to Southcreek – Bk 1401 Pg 183
    W P Properties Corp to Southcreek – Bk 1401 Pg 185
    Sally D Kelly to Southcreek – Bk 1401 Pg 188
    William G. Seal to Southcreek – Bk 1401 Pg 190
    Home-Stake Royalty Co & Home-Stake Oil & Gas Corp to Southcreek – Bk 1401 Pg 192
    B W Higginbotham to Southcreek – Bk 1405 Pg 562
    Southwest Royalties Inc to Jim Mullins dba Southcreek – Bk 1508 Pg 525

Smith 1-19 – NE Section 19-7N-4W
    Bogo Energy Corp to Southcreek – Bk 1395 Pg 740
    Bogo energy Corp to Southcreek – BK 1395 Pg 744
    Eunice Draper to Southcreek – Bk 1418 Pg 471
    Duerig Family Trust to Southcreek – Bk 1754 Pg 984

Trout No 1 – SW Section 7-9N-3W
    American Warrior, Inc to Jimmy & Loretta Mullins dba Southcreek – Bk 1391 Pg 772
    D G Hansen Trust to Southcreek – Bk 1401 Pg 747
    Lester B Knight Charitable Trust to Southcreek – Bk 1435 Pg 603
    Gazelle Oil Properties to Southcreek – Bk 1672 Pg 244
    Indian Oil Company to Southcreek – Bk 3026 Pg 1139

Mona Wacker Unit – NE Sec 12-5N-4W
    Marlin Oil Corp to Southcreek – Bk 1562 Pg 593
    Calumet Petroleum Ltd to Southcreek – Bk 1566 Pg 48
    Sonya Moreno to Southcreek – Bk 2110 Pg 486

## WASHITA COUNTY

Noble No. 1-1
Cave No 3-1
Payne No 1-1
Kerr-McGee Corporation to Loretta & Jim Mullins dba Southcreek – Bk 803 Pg 262

Book: RB 5499 Page: 1382

<u>EAST STORY GIBSON SAND UNIT</u>
Sec 31-5N-2W McClain County
Sec 6-4N-2W Garvin County

Carson 1-A
Charles E Garner No 1
Cindy No. 1
Garner-Lillard No 1
Lane No. 1
Lane No. 2
Ledgerwood No 1
Pumphrey No. 1
Robertson No 1
Willard No 1

ESGSU Leases Owned
    Lavetta Hill to Southcreek – Bk 1960 Pg 822
    Robert W Caler to Southcreek – Bk 1962 Pg 606
    Helen & Ray Smith to Southcreek – Bk 1962 Pg 612
    Maxine Solly to Southcreek – Bk 1962 Pg 614
    Don & Shirley Ledgerwood to Sodak Properties (agent for Southcreek) – Bk 1998 Pg 445
    Joleta & Alan Blackwell to Sodak Properties (agent for Southcreek) – Bk 1998 Pg 447
    Cheryl L Surbey to Southcreek – Bk 2045 Pg 205
    Cheryl Lynn Surbey Trust to Southcreek – Bk 2045 Pg 207
    Raymond Carlile Roberts Trust to Southcreek – Bk 2056 Pg 21
    Joyce & George Simms to Sodak Properties (agent for Southcreek) – Bk 2069 Pg 663
    Ann & Thomas Shaw to Sodak Properties (agent for Southcreek) – Bk 2064 Pg 673 & 675

<u>Prepared by:</u>
Dan Barney, OBA# 19043
Attorney at Law
100 E. Paul Street
P.O. Box 1014
Pauls Valley, OK 73075
405.238.5564

*SASE

**Fill in this information to identify the case and this filing:**

Debtor Name: **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): **21-13136**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☑ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)
- ☑ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/08/2021**
MM / DD / YYYY

X /s/ Gus Allen Lovelace
Signature of individual signing on behalf of debtor

**Gus Allen Lovelace**
Printed name

**Vice President**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors