UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:                                    )
SOUTHCREEK PETROLEUM CO LLC,  )
                                          )    Case No. 21-13136-SAH
                                          )    Chapter 7
                          Debtor(s)       )

**AMENDED SUMMARY OF ASSETS AND LIABILITIES, AMENDED
SCHEDULE F AND AMENDED MAILING MATRIX**

SOUTHCREEK PETROLEUM CO LLC

By: */s/ O. Clifton Gooding*
    O. CLIFTON GOODING (OBA #10315)

OF THE FIRM:

THE GOODING LAW FIRM
A Professional Corporation
204 North Robinson Avenue, Suite 1235
Oklahoma City, Oklahoma 73102
405.948.1978 – Telephone
405.948.0864 – Telecopier
cgooding@goodingfirm.com

Attorney for SOUTHCREEK PETROLEUM CO LLC

**Fill in this information to identify the case:**

Debtor Name  **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known):  **21-13136**

☑ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................................................... **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................................. **$38,022.03**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B..................................................................................................... **$38,022.03**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................ **$6,004,241.58**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F..................................................... **$68.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... + **$75,000.00**

4. **Total liabilities**
Lines 2 + 3a + 3b................................................................................................................................... **$6,079,309.58**

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Southcreek Petroleum Co, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | 21-13136 |

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred
_____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(____)

Debtor   Southcreek Petroleum Co, LLC	Case number (if known) 21-13136

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address	$0.00

Ashley Reynolds
25810 Meridian Avenue

Blanchard   OK   73010

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address	$0.00

Beverly Jo Mullins
P.O. Box 178

Wanette   OK   74878

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address	$0.00

Chris Reynolds
6301 E Rock Creek Road

Norman   OK   73026

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Southcreek Petroleum Co, LLC**   Case number (if known) **21-13136**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|    |    | Total of claim amounts |
|----|----|----|
| 5a. | Total claims from Part 1 | 5a.   $0.00 |
| 5b. | Total claims from Part 2 | 5b. + $0.00 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $0.00 |

Ashley Reynolds
25810 Meridian Avenue
Blanchard, OK 73010


Beverly Jo Mullins
P.O. Box 178
Wanette, OK 74878


Chris Reynolds
6301 E Rock Creek Road
Norman, OK 73026

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

IN RE:  Southcreek Petroleum Co, LLC               CASE NO   21-13136

                                                   CHAPTER   7

*AMENDED*
**VERIFICATION OF CREDITOR MATRIX**

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/8/2022                          Signature  */s/ Gus Allen Lovelace*
                                                   *Gus Allen Lovelace*
                                                   *Vice President*


Date _____            Signature _____

### Fill in this information to identify the case and this filing:

Debtor Name: **Southcreek Petroleum Co, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): **21-13136**

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☑ Amended Schedule  **Schedule F and Matrix**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/08/2022**        X **/s/ Gus Allen Lovelace**
MM / DD / YYYY                Signature of individual signing on behalf of debtor

**Gus Allen Lovelace**
Printed name

**Vice President**
Position or relationship to debtor