IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>SOUTHCREEK PETROLEUM CO, LLC,<br><br>Debtor(s). | Case No. BK-21-13136-SAH<br>Chapter 7 |

## REPORT OF SALE

COMES NOW Susan Manchester, duly appointed trustee in the above captioned case, and F.R.Bankr.P 6004 (f)(1), makes this Report of Property Sold not in the ordinary course of business. The Trustee respectfully represents to the Court the following:

1.   Pursuant to the Trustee's Notice of Intent to Sell Property (the "Notice") filed on April 11, 2022, the Trustee has sold certain property of the bankruptcy estate, more particularly described as follows:

**Miller Roughnexk 1E Welding Generator AC power light generator
2005 Ford F150 XL VIN 1FTPX14515NB47718
2007 Ford F150 XLT VIN 1FTPX14V07FA29673
Ford 1720 Tractor 4-speed
Ford New Holland Front End Loader Mod. 7108 S/N YL08915
Brush Hog 5' Wide Mod. 500
16' Utility Trailer**

2.   The property was sold at auction to **SEE ATTACHED EXHIBIT**, for the sum of $8,025.00.

3.   Pursuant to F.R.Bankr.P. 2002(a)(2), a copy of the Notice was mailed to all interested parties on April 11, 2022.

4.   The time within which to object or otherwise respond to the Notice expired on May 2, 2022.

5.   No objection to the Notice was timely filed or served upon the Trustee by any party in interest within the twenty-one (21) days prescribed by F.R.Bankr.P. 2002(a)(2).

s/SUSAN MANCHESTER
SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
susanmanchester@sbcglobal.net

| | LOT # | ITEM DESCRIPTION | BUYER # | SALE AMOUNT |
|---|---|---|---|---|
| Manchester, Susan - Tru | 122 | MILLER ROUGHNECK 1E WELDING GENERATOR AC POWER LIGHT GENERATOR; | 39 | $ 50.00 |
| Manchester, Susan - Tru | 204 | 2005 FORD F150 XL 5.4 TRITON 4X4 EXT. CAB W/TOOLBOX;; VIN: 1FTPX14515NB47718 | 44 | $ 2,100.00 |
| Manchester, Susan - Tru | 211 | 2007 FORD F150 XLT 5.4 TRITON 4X4 EXT. CAB W/TOOLBOX--STARTS & RUN BUT WILL NOT DRIVE--DEAD ROW;; VIN: 1FTPX14V07FA29673 | 99 | $ 925.00 |
| Manchester, Susan - Tru | 221 | FORD 1720 TRACTOR 4-SPEED 29 HP; HOURS: 1852. | 32 | $ 2,950.00 |
| Manchester, Susan - Tru | 222 | FORD NEW HOLLAND FRONT END LOADER ATTACHMENT MOD. 7108 S/N: YL08915; | 84 | $ 700.00 |
| Manchester, Susan - Tru | 223 | BRUSH HOG 5' WIDE MOD. 500 | 1216 | $ 250.00 |
| Manchester, Susan - Tru | 235 | 16' UTILITY TRAILER BUMPER PULL TANDEM AXLE;--NO TITLE | 1218 | $ 1,050.00 |
| | | | | $ 8,025.00 |
| | | BUYERS PREMIUM | | $ 802.50 |
| | | **TOTAL GROSS SALE** | | $ 8,827.50 |

| BIDDER | NAME | ADDRESS | TOWN | STATE | ZIP |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 32 | DUANE SHIPMAN | 1209 SMILING HILL BLVD | EDMOND | OK | 73013 |
| 39 | MARK PAGE | 601 KAY HILL LANE | EDMOND | OK | 73003 |
| 84 | RICHARD GRITTE | 9687 OAKPOND DR. | LUTHER | OK | 73054 |
| 1216 | NICK BRINKLEY | 2052 E. ROCK CREEK RD | TUTTLE | OK | 73089 |
| 1218 | DONALD RUHL | 1315 N. HUSBAND ST | STILLWATER | OK | 74075 |
| 99 | Ajouly Auto Sales, 3517 N. Shields, OKC, 73162 | | | | |
| 44 | Dale Harman, 2516 Jills Trails, Edmond, OK 73012 | | | | |