IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>SOUTHCREEK PETROLEUM CO, LLC,<br><br>Debtor(s). | Case No. BK-21-13136-SAH<br>Chapter 7 |

### REPORT OF SALE

COMES NOW Susan Manchester, duly appointed trustee in the above captioned case, and F.R.Bankr.P 6004 (f)(1), makes this Report of Property Sold not in the ordinary course of business. The Trustee respectfully represents to the Court the following:

1.  Pursuant to the Trustee's Notice of Intent to Sell Property (the "Notice") filed on March 1, 2022, the Trustee has sold certain property of the bankruptcy estate, more particularly described as follows:

**The Debtor's and Estate's interest in:**

**A TRACT OF LAND OUT OF THE SOUTHEAST QUARTER (SE/4) OF SECTION 33-TOWNSHIP 7 NORTH, RANGE 4 WEST, MCCLAIN COUNTY, OKLAHOMA. DESCRIBED IN METES AND BOUNDS AS FOLLOWS:**

**COMMENCING AT THE NE CORNER OF THE SE/4 THENCE S 00°03'25" E ALONG THE EAST LINE OF THE SE/4 FOR A DISTANCE OF 422.83 FEET TO THE POINT OF BEGINNING.**
**THENCE ALONG SAID EAST LINE S 00°03'25" E FOR A DISTANCE OF 255.79 FEET,**
**THENCE N 78°59'53" W FOR A DISTANCE OF 263.46 FEET,**
**THENCE N 18°52'25" W FOR A DISTANCE OF 175.93 FEET,**
**THEN N 82°56'28" E FOR A DISTANCE OF 317.68 FEET**
**TO THE POINT OF BEGINNING, CONTAINING 1.39 ACRES MORE OR LESS.**
**According to the recorded plat thereof filed in Book 2364, page 867, as recorded in the records of the County Clerk, McClain County, State of Oklahoma.**

**2017 Utility Building- dimensions 30x12x8 located on the above property.**

The sale is "as is-where is" and no warranties, express or implied, are given by the Trustee.

2.  The property was sold at private sale to Travis Lighty, a single person, and

Shelby Grove, a single person, 22519 Macarthur Ave Blanchard OK 73010, for the sum of $13,250.00.

      3.      Pursuant to F.R.Bankr.P. 2002(a)(2), a copy of the Notice was mailed to all interested parties on March 1, 2022.

      4.      The time within which to object or otherwise respond to the Notice expired on March 22, 2022.

      5.      No objection to the Notice was timely filed or served upon the Trustee by any party in interest within the twenty-one (21) days prescribed by F.R.Bankr.P. 2002(a)(2).

      s/SUSAN MANCHESTER
      SUSAN MANCHESTER, OBA #8825
      1100 N. Shartel Ave.
      Oklahoma City, Oklahoma73103
      (405) 278-8880
      susanmanchester@sbcglobal.net