**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT COURT OF OKLAHOMA**

IN RE:
SOUTHCREEK PETROLEUM CO., LLC.

                                      Debtor(s).

Case No. BK-21-13136-SAH
Chapter 7

## <u>REPORT OF SALE</u>

       COMES NOW Susan Manchester, duly appointed trustee in the above captioned case, and F.R.Bankr.P 6004 (f)(1), makes this Report of Property Sold not in the ordinary course of business. The Trustee respectfully represents to the Court the following:

       1.     Pursuant to the Trustee's Amended Notice of Intent to Sell Property (the "Notice") filed on May 29, 2023, the Trustee has sold certain property of the bankruptcy estate, more particularly described as follows:

**See Exhibit "A"**

       2.     Pursuant to F.R.Bankr.P. 2002(a)(2), a copy of the Notice was mailed to all interested parties on May 29, 2023.

       3.     The time within which to object or otherwise respond to the Notice expired on June 19, 2023.

       4.     No objection to the Notice was timely filed or served upon the Trustee by any party in interest within the twenty-one (21) days prescribed by F.R.Bankr.P. 2002(a)(2).

s/SUSAN MANCHESTER
SUSAN MANCHESTER, OBA #8825
1100 N. Shartel Ave
Oklahoma City, OK 73103
(405)-278-8880
susanmanchester@sbcglobal.net

| LOT | BIDDER # | TRUSTEE | BANKRUPTCY | WELL NAME | LEGAL DESCRIPTION | BID PRICE |
|---|---|---|---|---|---|---|
| 93 | 1036 | MANCHESTER | SOUTHCREEK | HARRIS 2-25 | SEC. 25-5N-3W, McCLAIN COUNTY, OK | $ 2,700.00 |
| 94 | 1036 | MANCHESTER | SOUTHCREEK | BELL NO. 1-26 | SW/4 SW/4 SEC. 26-5N-3W, McCLAIN COUNTY, OK | $ 2,975.00 |
| 95 | 3 | MANCHESTER | SOUTHCREEK | MONA WACKER UNIT | NE/4 SEC. 12-5N-4W, McCLAIN COUNTY | $ 20,200.00 |
| 96 | 37 | MANCHESTER | SOUTHCREEK | FRANK DENNIS NO. 1 | NE/4 SEC. 13-9N-4W, McCLAIN COUNTY, OK | $ 1,600.00 |
| 97 | 1061 | MANCHESTER | SOUTHCREEK | NORVELL NO. 1<br>RICE 6N 2W 3  1HX | NW/4 SW/4 SEC. 3-6N-2W, McCLAIN COUNTY, OK | $ 9,100.00 |
| 98/99 | 1061 | MANCHESTER | SOUTHCREEK | HESTER 1-10 | SE/4 SEC. 10-6N-4W, McCLAIN COUNTY, OK | $ 6,200.00 |
|  |  | MANCHESTER | SOUTHCREEK | HESTER #1-A | SW/4 SEC. 10-6N-4W, McCLAIN COUNTY, OK |  |
| 100 | 1054 | MANCHESTER | SOUTHCREEK | RUSSELL 1-1 | SEC. 1-2N-1W, GARVIN COUNTY, OK | $ 1,025.00 |
| 101 | 37 | MANCHESTER | SOUTHCREEK | BLEVINS 1-32 | SE/4 NE/4 SEC. 32-2N-1W, GARVIN COUNTY, OK | $ 5,300.00 |
| 102 | 1036 | MANCHESTER | SOUTHCREEK | TEMPLE B #1 | NW/4 SEC. 7-2N-2W, GARVIN COUNTY, OK | $ 20,750.00 |
|  |  |  |  | TEMPLE B #2 | NW/4 SEC. 7-2N-2W, GARVIN COUNTY, OK |  |
| 103 | 37 | MANCHESTER | SOUTHCREEK | PETERS 1-28 | SEC. 28-4N-1W, GARVIN COUNTY, OK | $ 525.00 |
| 104 | 37 | MANCHESTER | SOUTHCREEK | IVEY NO. 1 | NE/4 SE/4 SEC. 12-4N-3W, GARVIN COUNTY, OK | $ 1,300.00 |
| 105 | 16 | MANCHESTER | SOUTHCREEK | CAVE NO. 3-1 | SEC. 1-11N-14W, WASHITA COUNTY, OK<br>(PARTICIPATED W/ 9.8245 Unleased MI) | $ 1,250.00 |
|  |  |  |  | NOBLE NO. 1-1 | SEC. 1-11N-14W, WASHITA COUNTY, OK |  |
| 106 | 37 | MANCHESTER | SOUTHCREEK | EAST GIBSON SAND UNIT<br>LANE NO. 1  TR. 11 | NW/4 NW/4 SEC. 6-4N-2W, GARVIN COUNTY, OK | $ 9,750.00 |
|  |  |  |  | WILLARD NO. 1<br>TR. 7 (INJECTION WELL) | SEC. 32-5N-2W, McCLAIN COUNTY, OK |  |
|  |  |  |  | ROBERTSON NO. 1<br>TR. 10 (INJECTION WELL) | W/2 NE/4 SEC. 6-4N-2W, GARVIN COUNTY, OK |  |

|  |  |
|---|---|
|  | $ 82,675.00 |
| BUYERS PREMIUM | $ 8,267.50 |
| TOTAL GROSS SALE | $ 90,942.50 |

BIDDER # 3          CYPRESS CREEK RESOURCES, LLC

11900 N. MacARTHUR, SUITE C1

OKLAHOMA CITY, OK 73162


BIDDER # 16          EXCALIBER ENERGY COMPANY

P.O. BOX 25045

ALBUQUERQUE, NM 87125


BIDDER # 37          GOOD GAS LLC

4133 N. LINCOLN

OKLAHOMA CITY, OK 73105


BIDDER # 1036          H2OK LLC

P.O. BOX 3014

MARBLE FALLS, TX 78654


BIDDER # 1054          NANCY ALSUP

1429 N.W. 34TH STREET

OKLAHOMA CITY, OK 73118


BIDDER # 1061          WHITE GOAT RESOURCES, LLC

P.O. BOX 850238

YUKON, OK 73085



**Dākil**
Auctioneers Inc.

Auctioneers • Appraisers • Consultants

July 11, 2023

Susan Manchester, Trustee
1100 North Shartel
Oklahoma City, OK 73103

Reference:   Auction 6-20-23 – Oil & Gas Interests
Southcreek Petroleum Co., LLC
Bankruptcy Case # 21-13136-SAH
Total Gross Sale: $ 90,942.50

INVOICE

| | |
|---|---|
| COMMISSION | $   8,267.50 |
| ADVERTISING | 1,895.57 |
| TOTAL INVOICE | $ 10,163.07 |

200 N.W. 114th Street • Oklahoma City, OK 73114 • 405-751-6179 • Fax 405-752-9669
www.dakil.com

EXPENSES
OIL & GAS AUCTION – 6/20/23

SOUTHCREEK PETROLEUM CO. LLC
BANKRUPTCY CASE # 21-13136-SAH

| | |
|---|---|
| DPM GROUP | $ 12,263.25 |
| DAILY OKLAHOMAN | 1,258.33 |
| TULSA WORLD | 285.00 |
| OKLAHOMA PRESS SERVICE | 300.00 |
| PANGAEA DATA | 750.00 |
| TOTAL EXPENSES | $ 14,856.58 |

BANKRUPTCY   $ 90,942.50 = 0.12759 X $14,856.58 =   $ 1,895.57
TOTAL SALE    $712,764.00

**DPM GROUP LLC**
1910 S. NICKLAS AVE
OKLAHOMA CITY, OK 73128
405-682-3468



# INVOICE

**BILL TO**
DAKIL AUCTIONEERS
200 NW 114 ST.
OKLAHOMA CITY, OK 73114

**SHIP TO**
DAKIL AUCTIONEERS
200 NW 114 ST.
OKLAHOMA CITY, OK 73114

**INVOICE #** 218080
**DATE** 05/30/2023
**DUE DATE** 06/29/2023
**TERMS** Net 30

**ACCT MANAGER**
AMY HALL

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| LIST & MAIL OIL & GAS BROCHURES | 9,908 | 2,588.24 |
| PRINT OIL & GAS BROCHURES | 10,000 | 4,255.00T |
| POSTAGE 2008 | 9,908 | 5,053.02 |

|  |  |
|---|---|
| SUBTOTAL | 11,896.26 |
| TAX | 366.99 |
| TOTAL | 12,263.25 |
| PAYMENT | 12,263.25 |
| BALANCE DUE | **$0.00** |

MAKE ALL CHECKS PAYABLE TO:  DPM GROUP LLC
THANK YOU FOR YOUR BUSINESS!

| Account Number | 731575 |
|---|---|
| Customer Name | Dakil Auctioneers, Inc. |
| Customer Address | Dakil Auctioneers, Inc.<br>200 NW 114Th ST<br>Oklahoma City OK 73114-6907 |
| Contact Name | Heather Bradford |
| Contact Phone | (405) 751-6179 |
| Contact Email | heather@dakil.com |

| Date | June 27, 2023 |
|---|---|
| Order Number | 8884882 |
| Order Name | Jewel Spot |
| Column Count | 2 |
| Height in Inches | 4.92 |
| Total Cost | $1258.33 |

**Print**

| Product | #Insertions | Start - End | | Category |
|---|---|---|---|---|
| The Oklahoman | 1 | 6/04/23 | | Front Page |

**Digital**

| Product | # Impressions | Start - End | Website | Targetting |
|---|---|---|---|---|
| 300x250 & 300x600 | 30,000 | 6/04/23 | Oklahoman | Oklahoman |

# OIL & GAS AUCTION

## MINERAL INTERESTS/ OVERRIDING ROYALTY INTERESTS/WORKING INTERESTS

### US BANKRUPTCY COURT & OWNERS

PROPERTIES LOCATED IN OKLAHOMA, ARKANSAS, NEW MEXICO, KANSAS, TEXAS, & PENNSYLVANIA

TUES. JUNE 20TH AT 10:00 A.M.

200 N.W. 114TH STREET, OKLA. CITY, OK

CAN'T MAKE IT TO THE AUCTION, BID LIVE ON-LINE AT WWW.DAKIL.COM

For More Information Contact:
Dakil Auctioneers, Inc.

OC-3060069

 **AUCTIONEERS** 405-751-6179
www.dakil.com

D OK



**From:** **Jennifer Gold** Jennifer.Gold@tulsaworld.com
**Subject:** Order Acknowledgement
**Date:** June 1, 2023 at 10:30 AM
**To:** Heather Bradford heather@dakil.com

Hello DAKIL AUCTIONEERS,

This email is to confirm your order 30763 for $ 285.00 that will begin on 06/04/2023.

If you have any questions please contact Jennifer Gold at jennifer.gold@tulsaworld.com.

Thank you.

# Watchdog sounds warning on cash apps

KEN SWEET
Associated Press

NEW YORK — Customers of Venmo, PayPal and CashApp should not store their money with these apps for the long term because the funds might not be safe during a crisis, the Consumer Financial Protection Bureau warns.

The alert comes several weeks after the failure of Silicon Valley Bank, Signature Bank and First Republic Bank, which all experienced bank runs after fearful customers with uninsured deposits pulled their money en masse.

The Federal Deposit Insurance Corporation insures bank accounts up to $250,000. But money stored in Venmo or CashApp or Apple Cash is not being held in a traditional bank account. So, if there is an event similar to a bank run with these payment apps, those funds may not be protected.

Some of these funds may be eligible for pass-through insurance coverage if the customers do certain activities with the apps, the CFPB says, but generally by default these apps are not covered by deposit insurance. For example, if a customer opened a PayPal Savings account, it would have deposit insurance through PayPal's partner bank Synchrony Bank. But the general PayPal account is not covered by insurance. For Apple Cash, which can be insured through Green Dot Bank, it requires a user to verify their identity to get deposit insurance.

"We find that stored funds can be at risk of loss in the event of financial distress or failure of the entity operating the nonbank payment platform, and often are not placed in an account at a bank or credit union and lack individual deposit insurance coverage," the CFPB said in its report Thursday.

"Consumers may not fully appreciate when, and under what conditions, they would be protected by deposit insurance," the agency added in its report.

Peer-to-Peer payment apps and non-bank-offering bank-like services have exploded in popularity in the last decade. Venmo now has more than 90 million customers and recently announced it was going to allow parents to create accounts for their teenage children, potentially bringing in tens of millions of new customers for the app.

Apple recently announced a savings account tied to its Apple Card that is operated by Goldman Sachs. The savings account took in billions of dollars in deposits within days of its launch.

PayPal, which owns Venmo, as well as Apple Inc. and Square, owner of CashApp, did not immediately respond to requests for comment.

## Jobs
From E1

The new graduates of the Pittsburgh Institute of Aeronautics have been awed by how much they're in demand. One of them, Will Gower, said he weighed multiple job offers at nearly twice the $15-an-hour wage he had earned at the retail job he held while in school.

"It was almost overwhelming how many companies were throwing jobs at you," said Gower, 21. "Anywhere there's an airport you can go work."

Next month, Gower will join Commute Air, Bandoh's company, along with three of his classmates, and will receive further training in Houston. In the past year, the air travel industry has hired roughly 45,000 people, enlarging its workforce by 9%, to more than a half-million. That's triple the pace of the U.S. economy's overall hiring.

United Airlines has said it plans to hire 15,000 workers this year and more in coming years. It expects to add 2,300 pilots, in part to offset about 500 retirements. Kate Gebo, United's executive vice president of human resources, said she foresees a shortage of airplane mechanics, with up to half of United's mechanics already eligible to retire.

In the construction industry, the proportion of workers ages 55 and older doubled from 2003 to 2020, to nearly one-quarter, according to the government.

Anirban Basu, chief economist for the Associated Builders and Contractors trade group, said that in addition to aging, industries like




GENE J. PUSKAR PHOTOS, ASSOCIATED PRESS
Pittsburgh Institute of Aeronautics students from left, Nikki Reed, William Onderdonk, Jeffrey Nutter and Joshua Lindberg, study an engine on a Cessna 310 aircraft in West Mifflin, Pa., on May 2.

aviation maintenance and construction share another challenge: Fewer young people want to take jobs in what are often perceived as less-secure, blue-collar work.

When the now-retiring baby boomers began working, Basu said, "there was the notion that being a blue-collar tradesperson was a solid and secure path to prosperity." But as factories shut down across the country, "the notion increasingly became that for one to become part of the American middle class, one would likely need to have more formal education, namely, a bachelor's degree."

The result, he said, is an economy short of factory workers, backhoe operators, welders, electricians and other skilled trade workers.

Steven Krasneski, left, a student at the Pittsburgh Institute of Aeronautics, studies a portion of an aircraft engine with help from Kalitta Air's Nate Vincenty-Cole in West Mifflin, Pa., on May 2.

## Yellen
From E1

up, and year after year they just kept raising the limit, until they owed more money on the credit card than they make in an entire year."

Using Yellen's preferred measure, the larger public debt load hasn't imposed much of an interest burden, at least so far.

The government's interest bill has fallen in recent decades as a share of the economy, thanks to lower borrowing costs over this period. Net interest as a percentage of GDP, without adjusting for inflation, has averaged about 1.9%, though it climbed to 1.9% in 2022 after the pandemic

borrowing surge.

Factor in inflation, and interest-to-GDP has frequently been negative, even below the burst of post-COVID-19 price increases. Looking ahead, the White House Office of Management and Budget expects Yellen's measure to rise back above zero in 2024, as inflation ebbs, and then to top out at 1.9% in 2032-33. That's a level the Treasury secretary says is "quite reasonable."

Jason Furman, a professor at Harvard University and former economic adviser to President Barack Obama, agrees. In a 2020 paper, he and former Treasury Secretary Lawrence Summers argued that policymakers should aim to keep real net interest from rising above 2% of GDP.

The metric favored by Yellen is etc. I'm not positive it's right."
the right one to use, Furman says, because it's important to factor in the opposite effects that interest costs and inflation have on the debt burden.

When rates and prices are both going up, Furman says that "in one sense, next year's debt is even bigger than this year's debt, because it goes up with interest. But in another sense, next year's debt is smaller, because part of it is inflated away and so you don't need to pay back as much."

Still, Furman concedes the 2% threshold he and Summers arrived at for real net-interest-to-GDP is "arbitrary. It's based on looking at the experience in other countries, the historical experience in the United States, our gut instinct,

His co-author Summers, who is a paid contributor to Bloomberg Television, warned earlier this year that a rising debt burden could end up pushing interest rates higher, which adds pressure on the budget deficit and could turn into a "vicious cycle."

More than any precise level, it's the trajectory of debt that can prove critical. One big threat for those who are watching Yellen's metric is a scenario in which interest rates stay high even after inflation subsides. That would see debt-service costs add to the burden without being offset by rising prices, like they are now.

That, Yellen has acknowledged, would introduce considerable problems. But she doesn't expect it to happen because she's in the camp of economists who anticipate the low-inflation, low-rate regime that dominated the last two decades to return once the pandemic price surge is beaten down by the Fed.

Wendy Edelberg, a former chief economist at the Congressional Budget Office, says better budgeting will be needed in the long run, because "you can't have the federal government taking action over time that perpetually reduces the amount of savings in the economy and perpetually crowds out ever more private investment."

In the meantime, she advocates keeping an eye on a range of debt measures to figure out where danger may be lurking. "Part of this is just risk management," she says.

## Komando
From E1

Accessing diagnostics from other apps: Unless you turn it off, Microsoft collects diagnostic data from apps you use "to help improve our products and make them work better."

■ To delete the data, select Privacy > Privacy dashboard. Scroll down and click the App and service activity tab.

■ Click Clear all app and service activity to delete it.

Access to your location: There might be instances where your location is essential for apps and services to work correctly. But you don't want Microsoft always to know where you are located.

■ Select Privacy > Privacy dashboard. Click This displays all the places where Microsoft tracked you. Click Clear location

history, then Clear to remove the data.

Browsing history: If Microsoft's Bing is your preferred search engine, you can delete your data through the privacy dashboard.

■ While in the Privacy dashboard, click Browsing history and delete the data.

Search History: Bing and Cortana use your search history for more personalized results.

■ Open the Search history tab in the Privacy dashboard and click Clear all search history, then Clear to remove the data.

Back to Start

You can also manage the data that Microsoft has right from your desktop.

■ Go to Start > Settings > Privacy.

■ Select General from the left panel.

■ Under Change privacy options, toggle the switch to the left under Let apps use advertising ID to make

ads more interesting to you based on your app activity. Review the other options and change whatever you like.

What about Apple Mac users?

You use an Apple ID to log in on a Mac (or iPhone or iPad). When you create one, Apple says it might collect any of the following:

■ Your email, devices (and info on them like serial number), account status, and age.

■ Contact info like your name, physical address, and phone number.

■ Your billing address, bank details, or card info.

■ Your browsing history, search history, product interactions; crash data, performance, and other diagnostic data; and other usage data.

■ Health info like dating relating to physical or mental health or conditions.

■ Salary, income, and

assets information if you provide it, and information related to Apple-branded financial offerings.

Want a copy of what they know?

From your computer, go to privacy.apple.com and sign in with your Apple ID. You may have to complete two-factor authentication.

■ Select Get a copy of your data.

■ Choose what you'd like to download from the list or Select all. Note that downloading your iCloud files, Mail and Photos will take a long time to download.

■ Click Continue.

■ Choose your preferred file size. Apple will divide your data into folders that size or smaller.

■ Select Complete request.

You'll get an email when your data is ready. The process takes up to 7 days, and you will need to verify again that you are the one who requested the info.

## OIL & GAS AUCTION

MINERAL INTERESTS/ OVERRIDING
ROYALTY INTERESTS/WORKING
INTERESTS

US BANKRUPTCY COURT & OWNERS

PROPERTIES LOCATED IN
OKLAHOMA, ARKANSAS, NEW
MEXICO, KANSAS, TEXAS, &
PENNSYLVANIA

TUES. JUNE 20TH AT 10:00 A.M.

200 N.W. 114TH STREET, OKLA. CITY, OK

CAN'T MAKE IT TO THE AUCTION,
BID LIVE ON-LINE AT
WWW.DAKIL.COM

For More Information Contact: Dakil Auctioneers, Inc.

AUCTIONEERS
Dakil
405-751-6179
www.dakil.com

## SECURITY BANK CONGRATULATES RECENT STAFF PROMOTIONS

"It is most rewarding to recognize the talent and performance of our staff and to announce the following promotions from within our organization," says Dawne Stafford, Security Bank CEO. "We are excited for these individuals as they step into their new roles and leadership positions"


Gil Eacret
Executive Vice President


Scott Wilson
Executive Vice President


Stephanie Riggs
Chief Financial Officer


David Martin
Senior Vice President,
Commercial Credit


Ethan Gregg
Senior Vice President,
Information Technology


Tara Kirkes, MBA
Senior Vice President,
Loan Operations


Ryan Webb
Senior Vice President


Joshua Cole, CFA
Senior Vice President


Mary Bieser
Senior Vice President


Shelley Shaw
Assisted Vice President,
Loan Operations Manager



# PRINT POWER
## ADD PRINT, ADD POWER
### DISPLAY ADVERTISING INSERTION ORDER

NW     NE
CENTRAL
SW     SE

## CUSTOMER INFORMATION

Name: Dakil Auctioneers

Address: 200 NW 114th St

City: OKC

State: OK     Zip: 73114

Phone: (405) 751-6179

E-Mail: heather @ dakil.com

## METHOD OF PAYMENT

☐ VISA     ☐ MASTERCARD     ☐ DISCOVER
☐ CHECK/ACH     ☐ INVOICE (with approval)

_____
Credit Card Number

_____
Name on Credit Card

_____
Address                              Zip

_____
Expiration Date                  Sec. Code

## NEED HELP DESIGNING YOUR AD?

**Our Creative Services Department can custom create your ad for $50!**

## ADVERTISING BUY

Check which size and zone for your ad buy.

☐ 1x2 (Statewide Only)     ☐ 2x2     ☒ 2x4

☒ Statewide          ☐ Northeast
☐ Central            ☐ Southwest
☐ Northwest          ☐ Southeast

Oil & Gas Auction
Run Weeks of...

| | | |
|---|---|---|
| 6 / 4 / 23 | = | $ 300.00 |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| __ / __ / __ | = | $ _____ |
| **TOTAL** | = | $ 300.00 |

**DEADLINES:** All ads and payments must be received at OPS by 8 a.m. on the Wednesday prior the week of insertion. All ads received after the deadline will automatically be published the following week.

**I ACKNOWLEDGE AND APPROVE** listed run dates and total amount due for this order. I further authorize Oklahoma Press to process the credit card that appears above for payment of this order.

Signed: _____     Dated: _____

For more information, contact:
**LANDON COBB**
(405) 499-0022 or email
lcobb@okpress.com

# OKLAHOMA PRESS SERVICE
3601 N. Lincoln Blvd., Oklahoma City, OK 73105 • www.OkPress.com

2 COLUMN
3.08" X 4"

2 COLUMN
3.75" X 4"

## OIL & GAS AUCTION

**MINERAL INTERESTS/ OVERRIDING ROYALTY INTERESTS/WORKING INTERESTS**

US BANKRUPTCY COURT & OWNERS

**PROPERTIES LOCATED IN OKLAHOMA, ARKANSAS, NEW MEXICO, KANSAS, TEXAS, & PENNSYLVANIA**

**TUES. JUNE 20TH AT 10:00 A.M.**

200 N.W. 114TH STREET, OKLA. CITY, OK

**CAN'T MAKE IT TO THE AUCTION, BID LIVE ON-LINE AT WWW.DAKIL.COM**

For More Information Contact: Dakil Auctioneers, Inc.

**Dakil** AUCTIONEERS
405-751-6179
www.dakil.com

## OIL & GAS AUCTION

**MINERAL INTERESTS/ OVERRIDING ROYALTY INTERESTS/WORKING INTERESTS**

US BANKRUPTCY COURT & OWNERS

**PROPERTIES LOCATED IN OKLAHOMA, ARKANSAS, NEW MEXICO, KANSAS, TEXAS, & PENNSYLVANIA**

**TUES. JUNE 20TH AT 10:00 A.M.**

200 N.W. 114TH STREET, OKLA. CITY, OK

**CAN'T MAKE IT TO THE AUCTION, BID LIVE ON-LINE AT WWW.DAKIL.COM**

For More Information Contact: Dakil Auctioneers, Inc.

**Dakil** AUCTIONEERS
405-751-6179
www.dakil.com

Pangaea Data, Inc.

PO BOX 31823
EDMOND OK 73003
405-795-6220

# Invoice

| Date | Invoice # |
|---|---|
| 1/27/2023 | 324 |

**Bill To**

DAKIL AUCTIONEERS
ACCOUNTS PAYABLE
200 NW 114TH
OKLAHOMA CITY OK 73114

| P.O. No. | Terms | Project |
|---|---|---|
| | N10 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | ONLINE DATA SUBSCRIPTION | 750.00 | 750.00 |
| | PLEASE REVIEW ALL YOUR CONTACT INFORMATION AND CONTACT BILLING AT 405-795-6220 OR BILLING@PANGAEADATA.COM FOR ANY UPDATES OR CHANGES. | | |

PLEASE REMIT PAYMENT THROUGH ONLINE PORTAL ON YOUR E-MAIL.

**Total** $750.00